BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
KIMBERLY A. SANCHEZ
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:13-CR-087 AWI/BAM |
| Plaintiff, | |
| v. | ORDER RE: MOTION TO UNSEAL INDICTMENT |
| VICTOR ARRIOLA, et al., | |
| Defendants. | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed on March 7, 2013 be unsealed.

DATED: 3/20/13

U.S. MAGISTRATE JUDGE

2